FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 2 2 2005

**IN THE UNITED STATES DISTRICT COURT** Stephan Harris, Clerk
Cheyenne

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )<br>) | No. 05 CR 2208 |
| Plaintiff, | )<br>) | **Cts. 1-18:** **29 U.S.C. § 501(c)**<br>(Embezzlement of Labor Union |
| v. | )<br>) | Funds) |
| **RICHARD CARLSON,** | )<br>) | **Ct. 19:** **29 U.S.C. § 439 (b)**<br>(Making a False Statement or |
| Defendant. | )<br>) | Material Omission in a Labor<br>Organization Report) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNTS ONE-EIGHTEEN

On or about the dates listed herein, in the District of Wyoming, the Defendant, **RICHARD**

**CARLSON**, while an officer, that is, Secretary-Treasurer of the American Postal Workers Union

Local 769, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and

unlawfully and willfully convert to his own use the moneys, funds, property, and other assets of the

American Postal Workers Union Local 769, to wit: the Defendant, **RICHARD CARLSON,** without

authorization, issued 18 checks drawn on the American Postal Workers Union Local 769 checking

account at the American National Bank of Cheyenne Wyoming, account number 5057 628, cashed

said checks, and used the proceeds thereof for his personal use, in the amounts and on the dates specified below:

| Count | Date of Offense | Check Number | Payee | Amount |
|-------|-----------------|--------------|-------|--------|
| One | 2/01/2005 | 4061 | Carlson | $434.30 |
| Two | 3/15/2005 | 4077 | Cash | $1500.00 |
| Three | 3/21/2005 | 4079 | Cash | $1500.00 |
| Four | 3/25/2005 | 4080 | Cash | $1000.00 |
| Five | 4/20/2005 | 4082 | Safeway (blank) | $52.76 |
| Six | 4/30/2005 | 4086 | Cash | $200.00 |
| Seven | 4/29/2005 | 4087 | Safeway (blank) | $60.31 |
| Eight | 4/19/2005 | 4088 | Cash | $200.00 |
| Nine | 4/19/2005 | 4089 | Cash | $110.00 |
| Ten | 4/26/2005 | 4090 | Cash | $50.00 |
| Eleven | 4/07/2005 | 4091 | Safeway | $57.56 |
| Twelve | 4/15/2005 | 4092 | Safeway | $122.21 |
| Thirteen | 4/16/2005 | 4093 | Cash | $500.00 |
| Fourteen | 4/1/2005 | 4094 | Cash | $200.00 |
| Fifteen | 4/2/2005 | 4095 | Safeway (blank) | $100.00 |
| Sixteen | 4/4/2005 | 4096 | Cash | $500.00 |
| Seventeen | 3/30/2005 | 4097 | Safeway | $100.00 |
| Eighteen | 3/28/2005 | 4098 | Cash | $400.00 |
| **TOTAL** | | | | $7089.14 |

All in violation of 29 U.S.C. § 501(c).

### COUNT NINETEEN

On or about September 5, 2004, in the District of Wyoming, the Defendant, **RICHARD CARLSON,** who was acting in his capacity as Secretary-Treasurer of the American Postal Workers Union Local 769, a labor organization engaged in an industry affecting commerce, did knowingly fail to disclose a material fact in a report required to be filed by said labor organization with the Secretary of Labor pursuant to Title 29, United States Code, Section 431(b), to-wit:   Labor Organization Annual Report, Form LM-3, in that the Defendant, **RICHARD CARLSON,**  failed to report that he had purchased approximately $1,400.00 of gift certificates with union funds and then converted the same to his own use.

In violation of 29 U.S.C. § 439(b).

A TRUE BILL:

FOREPERSON

MATTHEW H. MEAD
United States Attorney

3

## PENALTY SUMMARY

**05 CR 220 B**

**DATE:**                           September 19, 2005

**DEFENDANT NAME:**      **RICHARD CARLSON**

**ADDRESS:**                     Firebird Motel, Cheyenne, WY

**OFFENSE AND PENALTIES:**

OFFENSE:            **Cts. 1 - 18:**      **29 U.S.C. § 501(c)**
                                                 (Embezzlement of Union Funds)

PENALTIES:                               NOT MORE THAN 5 YEARS IMPRISONMENT
                                                 $10,000.00 FINE
                                                 3 YEARS SUPERVISED RELEASE
                                                 $100 SPECIAL ASSESSMENT

OFFENSE:            **Cts. 19:**          **29 U.S.C. § 439(c)**
                                                 (Making False Statement or Material Omission in a Labor
                                                 Organization Report)

PENALTIES:                               NOT MORE THAN 5 YEARS IMPRISONMENT
                                                 $10,000.00 FINE
                                                 3 YEARS SUPERVISED RELEASE
                                                 $100 SPECIAL ASSESSMENT

**TOTALS:**                              NOT MORE THAN 95 YEARS IMPRISONMENT
                                                 $190,000.00 FINES
                                                 3 YEARS OF SUPERVISED RELEASE
                                                 $1900.00 SPECIAL ASSESSMENT

**AGENT:**      WILL OBERG DEPT. OF LABOR            **AUSA:**      JIM ANDERSON

**ESTIMATED TIME OF TRIAL:**              **INTERPRETER NEEDED:**

 ✔  five days or less                           ____  Yes
____  over five days                          ✔  No
____  other

**THE GOVERNMENT:**

____  will                                              ____  The court should not grant bond because
                                                                      the defendant is not bondable because
 ✔  will not                                                      there are detainers from other
                                                                      jurisdictions

        **SEEK DETENTION IN THIS CASE.**